# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KEVIN MUIR, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> PLAYTEX PRODUCTS, LLC, a Delaware Limited Liability Company, and PLAYTEX PRODUCTS, INC., a Delaware Corporation, <br><br> Defendants. | Case No.: 13-CV-3570 <br><br><br> Honorable Gary Feinerman |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Kevin Muir, on behalf of himself and all others similarly situated, and Defendants Playtex Products, LLC and Playtex Products, Inc., by and through their respective attorneys of record, hereby stipulate to the dismissal of this matter with prejudice, with all parties to bear their own costs and attorneys' fees.

Dated: Thursday, December 19, 2013
    /s/*Elaine A. Ryan*
    Attorneys for Plaintiff Muir

    Elaine A. Ryan (ID 012870)
    Patricia N. Syverson*
    Lindsey M. Gomez-Gray
    BONNETT, FAIRBOURN, FRIEDMAN
    & BALINT, P.C.
    2325 E. Camelback Road, #300
    Phoenix, AZ 85016
    eryan@bffb.com
    psyverson@bffb.com
    lgomez-gray@bffb.com
    Telephone: (602) 274-1100

    Stewart M. Weltman

Stewart M. Weltman
STEWART M. WELTMAN LLC
53 W. Jackson Suite 364
Chicago, IL 60604
Telephone: (312) 588-5033
sweltman@weltmanlawfirm.com
(Of Counsel Levin Fishbein Sedran & Berman)

Joseph Siprut
SIPRUT PC
17 North State Street
Suite 1600
Chicago, IL 60602
Telephone: (312) 236-0000
jsiprut@siprut.com

Howard J. Sedran
LEVIN FISHBEIN SEDRAN & BERMAN
510 Walnut Street
Philadelphia, Pennsylvania 19106
(215) 592-1500
hsedran@lfsblaw.com

Dated: Thursday, December 19, 2013 By:   */s/ Richard J. Doren*
   Attorneys for Playtex

Athanasios Papadopoulos (IL Bar No. 6278188)
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street
Suite 1700
Chicago, Illinois 60602-3801
(312) 269-5982
tpapadopoulos@neglaw.com


Richard M. Doren*
Timothy W. Loose*
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071
(213) 229-7000

* Admitted *pro hac vice*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 19th day of December 2013, a copy of the forgoing **JOINT STIPULATION OF DISMISSAL** was filed electronically with the Clerk of the Court and to be served by operation of the Court's electronic filing system to all counsel of record.

*s/Elaine A. Ryan*